No. 23-1072

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

OCEAN STATE TACTICAL, LLC,
et al.,

*Plaintiffs-Appellants*,

v.

STATE OF RHODE ISLAND; COLONEL DARNELL S. WEAVER, in his official capacity as the Superintendent of the Rhode Island State Police; PETER F. NERONHA, in his official capacity as the Attorney General for the State of Rhode Island,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Rhode Island,
No. 1:22-cv-246

## MOTION TO WITHDRAW AS COUNSEL

SARAH W. RICE
Bar No. 1205724
Assistant Attorney General
Office of the Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov

*Counsel for Defendants-Appellees*

I, Sarah W. Rice, Assistant Attorney General, hereby move this Honorable Court to withdraw Samuel Ackerman, Special Assistant Attorney General, as counsel on behalf of Defendants/Appellees the State of Rhode Island, Colonel Darnell S. Weaver in his official capacity as the Superintendent of the Rhode Island State Police, and Peter F. Neronha in his official capacity as the Attorney General for the State of Rhode Island (collectively, "Defendants/Appellees" or "the State"), in the above matter. Special Assistant Attorney General Keith Hoffmann and I will remain in the case and represent the Defendants/Appellees.

Respectfully submitted,

/s/ Sarah W. Rice
Sarah W. Rice
Bar No. 1205724
Assistant Attorney General
Office of the Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov

*Counsel for Defendants-Appellees*

August 3, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Sarah W. Rice