# United States Court of Appeals
## For the First Circuit

No. 23-1072

OCEAN STATE TACTICAL, LLC, d/b/a Big Bear Hunting and Fishing Supply; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; MARY BRIMER,

Plaintiffs, Appellants,

v.

STATE OF RHODE ISLAND; COLONEL DARNELL S. WEAVER, in his official capacity as the Superintendent of the Rhode Island State Police; PETER F. NERONHA, in his official capacity as the Attorney General for the State of Rhode Island,

Defendants, Appellees.

**JUDGMENT**

Entered: March 7, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court denying the request for a preliminary injunction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Peter A. Patterson, David H. Thompson, Christopher Renzulli, Michael A. Kelly, Paul D Clement, Erin E. Murphy, Matthew Rowen, Dane Evan Ardente, Mariel A. Brookins, Keith David Hoffmann, Sarah Rice, Thomas W. Lyons III, Joseph Greenlee, Cody J. Wisniewski, Janet Carter, William James Taylor Jr., Douglas Neal Letter, Timothy Channing Hester, Shira Lauren Feldman, Julie Elisabeth Green, Robert Bonta, Grace Gohlke, Andrea J. Campbell, Philip J. Weiser, William M. Tong, Kathleen Jennings, Brian L. Schwalb, Anne E. Lopez, Kwame Raoul, Dana Nessel, Keith Ellison, Letitia James, Ellen F. Rosenblum, Michelle A. Henry, Robert W. Ferguson, Joshua L. Kaul