# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 23-1072            **Short Title:** Ocean State Tactical, LLC, et al. v. State of Rhode Island

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from  December 14, 2022
  2. Date this notice of appeal filed  January 13, 2023
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
        If yes, explain  Preliminary Injunction Denial

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
  If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
  If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

  1. Adverse party Peter F. Neronha, In official capacity as Attoney General for Rhode Island
     Attorney Rhode Island Office of the Attorney General
     Address 150 South Main Street, Providence, RI 02903
     Telephone 401-274-4400

  2. Adverse party Colonel Darnell S. Weaver, In official capacity as Superintendent of RI State Police
     Attorney RI Office of the Attorney General
     Address 311 Danielson Pike, North Scituate, RI 02857
     Telephone 401-444-1000

  3. Adverse party _____
     Attorney _____
     Address _____
     Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

  1. Appellant's name Jonathan Hirons
     Address Kent County, Rhode Island
     Telephone 401-374-9276

     Attorney's name Michael A. Kelly and Dane E. Ardente
     Firm Kelly, Souza & Parmenter, PC
     Address 128 Dorrance Street, Suite 300, Providence, RI 02903
     Telephone 401-490-7334

  2. Appellant's name Mary Brimer
     Address Washington County, Rhode Island
     Telephone (See number for Attorneys) 401-360-4740

     Attorney's name Michael A. Kelly and Dane E. Ardente
     Firm Kelly, Souza & Parmenter, PC
     Address 128 Dorrance Street, Suite 300, Providence, RI 02903
     Telephone 401-490-7334

  Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes* ☐ No

  * In conjunction with Clement & Murphy, PLLC

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _____

Date 01/27/2023

G- Continued

1. Appellants Name : James Robert Grundy
   Address: Washington County, RI
   Telephone: 401-255-1024

   Attorney's Name: Michael A. Kelly and Dane E. Ardente
   Firm: Kelly, Souza & Parmenter, P.C.
   Address: 128 Dorrance Street, Providence, RI 02903
   Telephone: 401-490-7334

2. Appellants Name : Jeffrey Goyette
   Address: Newport County, RI
   Telephone: 401-338-5680

   Attorney's Name: Michael A. Kelly and Dane E. Ardente
   Firm: Kelly, Souza & Parmenter, P.C.
   Address: 128 Dorrance Street, Providence, RI 02903
   Telephone: 401-490-7334

3. Appellants Name: Ocean State Tactical, LLC d/b/a Big Bear Hunting and Fishing Supply
   Address: 401 Putnam Pike, Glocester, RI 02814
   Telephone: 401-949-0339

   Attorney's Name: Michael A. Kelly and Dane E. Ardente
   Firm: Kelly, Souza & Parmenter, P.C.
   Address: 128 Dorrance Street, Providence, RI 02903
   Telephone: 401-490-7334