No. 23-1072

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――――――

OCEAN STATE TACTICAL, LLC, et al.,

*Plaintiffs-Appellants*,

v.

RHODE ISLAND, et al.,

*Defendants-Appellees*.

―――――――――――

On Appeal from the United States District Court
for the District of Rhode Island,
No. 1:22-cv-246

―――――――――――

# APPELLANT'S UNOPPOSED MOTION
# FOR EXTENSION OF TIME

―――――――――――

> PAUL D. CLEMENT
> ERIN E. MURPHY
> MATTHEW D. ROWEN*
> MARIEL A. BROOKINS*
> CLEMENT & MURPHY, PLLC
> 706 Duke Street
> Alexandria, VA 22314
> (202) 742-8900
> erin.murphy@clementmurphy.com
> *Supervised by principals of the firm who are
> members of the Virginia bar

*Counsel for Plaintiffs-Appellants*

March 1, 2023

Ocean State Tactical, LLC, on behalf of all Plaintiffs-Appellants, respectfully requests a 14-day extension of time in which to file their opening brief. The district court issued its decision on December 14, 2022. This Court issued a briefing schedule in this appeal on January 30, 2023, directing Plaintiffs-Appellants to file their opening brief by March 13, 2023. The requested 14-day extension would extend the deadline to file an opening brief to March 27, 2023. The government does not oppose this request.

Undersigned counsel makes this request because they were not involved in the proceedings below and require time to familiarize themselves with the record. Further, undersigned counsel has substantial briefing and argument obligations in other matters. These include a petition for writ of certiorari in *Signet Builders, Inc. v. Luna Vanegas*, No. ___ (U.S.), a brief for appellees in *Spencer v. Negrelli*, No. 22-3237 (2d Cir.), oral argument in support of a motion for preliminary injunction and in opposition to a motion to dismiss in *NSSF v. Jennings*, No. 1:22-cv-01499 (D. Del.), and a reply in support of a motion for preliminary injunction in *Tesla, Inc. v. Louisiana Automobile Dealers Ass'n*, No. 22-cv-02982 (E.D. La.), among other responsibilities. Accordingly, Plaintiffs-Appellants request a 14-day extension in which to submit their opening brief, to and including March 27, 2023.

        Respectfully submitted,

        <u>s/Erin E. Murphy</u>
        PAUL D. CLEMENT
        ERIN E. MURPHY
        MATTHEW D. ROWEN[*]
        MARIEL A. BROOKINS[*]
        CLEMENT & MURPHY, PLLC
        706 Duke Street
        Alexandria, VA 22314
        (202) 742-8900
        erin.murphy@clementmurphy.com

*Counsel for Plaintiffs-Appellants*

March 1, 2023

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with the Government regarding this motion. The government does not oppose this motion.

s/Erin E. Murphy
Erin E. Murphy

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Erin E. Murphy</u><br>
Erin E. Murphy

## CERTIFICATE OF COMPLIANCE

I certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 217 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

March 1, 2023

s/Erin E. Murphy<br>
Erin E. Murphy