No. 23-1072

---

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

OCEAN STATE TACTICAL, LLC, et al.,

*Plaintiffs-Appellants*,

v.

RHODE ISLAND, et al.,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the District of Rhode Island,
No. 1:22-cv-246

_____

## APPELLANT'S UNOPPOSED SECOND
## MOTION FOR EXTENSION OF TIME

_____

PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN*
MARIEL A. BROOKINS*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com
*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Plaintiffs-Appellants*

March 13, 2023

Ocean State Tactical, LLC, on behalf of all Plaintiffs-Appellants, respectfully requests a second 14-day extension of time in which to file their opening brief. The district court issued its decision on December 14, 2022. This Court issued a briefing schedule in this appeal on January 30, 2023, directing Plaintiffs-Appellants to file their opening brief by March 13, 2023. Appellants filed a request for a 14-day extension of time to file their opening brief and appendix on February 28, 2023, which this Court granted on March 1, 2023. The current filing deadline for the opening brief is March 27, 2023. Appellants now request a second 14-day extension, which would extend the deadline to file an opening brief to April 10, 2023. The government does not oppose this request.

Undersigned counsel makes this request because they were not involved in the proceedings below and require additional time to familiarize themselves with the record. Further, undersigned counsel has substantial briefing and argument obligations in other matters. These include argument in *Amgen Inc. v. Sanofi*, No. 21-757 (U.S.), an opening brief and appendix in *Havana Docks Corp. v. Royal Caribbean Cruises, Ltd.*, Nos. 23-10151 & 23-10171 (11th Cir.), argument in *Spencer, et al. v. Nigrelli, et al.*, No. 22-3237 (2d Cir.), argument in *Cline v. Sunoco, Inc. (R&M)*, No. 22-7018 (10th Cir.), a response brief in opposition to mandamus relief in *In re Ryan*, No. 23-10168 (5th Cir.), and an argument in *U.S. Dominion, Inc. Voting Systems v. Fox News Network, LLC*, C.A. No. N21C-03-257 EMD (Del. Sup.

Ct.), among other responsibilities. Accordingly, Plaintiffs-Appellants request a second 14-day extension in which to submit their opening brief, to and including April 10, 2023.

                        Respectfully submitted,

                        s/Erin E. Murphy
                        PAUL D. CLEMENT
                        ERIN E. MURPHY
                        MATTHEW D. ROWEN[*]
                        MARIEL A. BROOKINS[*]
                        CLEMENT & MURPHY, PLLC
                        706 Duke Street
                        Alexandria, VA 22314
                        (202) 742-8900
                        erin.murphy@clementmurphy.com

                    *Counsel for Plaintiffs-Appellants*

March 13, 2023

## CERTIFICATE OF CONFERENCE

      I HEREBY CERTIFY that I conferred with the Government regarding this motion. The government does not oppose this motion.

<u>s/Erin E. Murphy</u><br>
Erin E. Murphy

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Erin E. Murphy</u>
Erin E. Murphy

## CERTIFICATE OF COMPLIANCE

I certify that:

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 278 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B).

2.  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

March 13, 2023

s/Erin E. Murphy
Erin E. Murphy
