# United States Court of Appeals
## For the First Circuit

No. 23-1072

OCEAN STATE TACTICAL, LLC, d/b/a Big Bear Hunting and Fishing Supply; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; MARY BRIMER,

Plaintiffs - Appellants,

v.

STATE OF RHODE ISLAND; COLONEL DARNELL S. WEAVER, in his official capacity as the Superintendent of the Rhode Island State Police; PETER F. NERONHA, in his official capacity as the Attorney General for the State of Rhode Island,

Defendants - Appellees.

### ORDER OF COURT

Entered: March 13, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Mary Brimer, Jeffrey Goyette, James Robert Grundy, Jonathan Hirons and Ocean State Tactical, LLC to file a brief and appendix be enlarged to and including **April 10, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Samuel Ackerman, Dane Evan Ardente, Mariel A. Brookins, Paul D Clement, Joseph Greenlee, Keith David Hoffmann, Michael A. Kelly, Thomas W. Lyons III, Erin E. Murphy, Sarah Rice, Matthew Rowen, Cody J. Wisniewski