# United States Court of Appeals
## For the First Circuit

No. 23-1072

OCEAN STATE TACTICAL, LLC, d/b/a Big Bear Hunting and Fishing Supply; JONATHAN HIRONS; JAMES ROBERT GRUNDY; JEFFREY GOYETTE; MARY BRIMER,

Plaintiffs - Appellants,

v.

STATE OF RHODE ISLAND; COLONEL DARNELL S. WEAVER, in his official capacity as the Superintendent of the Rhode Island State Police; PETER F. NERONHA, in his official capacity as the Attorney General for the State of Rhode Island,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 11, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file an appendix. It is ordered that if an appendix is not filed on or before **April 25, 2023**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Samuel Ackerman, Dane E. Ardente, Mariel A. Brookins, Paul Clement, Joseph Greenlee, Keith D. Hoffmann, Michael A. Kelly, Thomas W. Lyons III, Erin E. Murphy, Sarah Rice Matthew Rowen, Cody J. Wisniewski