No. 23-1072

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

OCEAN STATE TACTICAL, LLC,
et al.,

*Plaintiffs-Appellants*,

v.

RHODE ISLAND, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Rhode Island,
No. 1:22-cv-246

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME**

SARAH W. RICE
Assistant Attorney General
KEITH HOFFMANN
SAMUEL T. ACKERMAN
Special Assistant Attorneys General
Office of the Attorney General
150 S. Main Street
Providence, RI 02903
(401) 274-4400
khoffmann@riag.ri.gov
srice@riag.ri.gov
sackerman@riag.ri.gov

*Counsel for Defendants-Appellees*

May 24, 2023

The State of Rhode Island, on behalf of all Defendants-Appellees, respectfully requests a 28-day extension of time in which to file their responsive brief. The district court issued its decision on December 14, 2022. This Court issued a briefing schedule in this appeal on January 30, 2023, directing Defendants-Appellees to file their responsive brief by May 10, 2023. On April 21, 2023. Defendants-Appellees requested a 28-day extension that would extend the deadline to file a responsive brief to June 7, 2023. The Plaintiffs-Appellants did not oppose this request. This Court granted the request on April 24, 2023. The requested 14-day extension would extend the deadline to file a responsive brief to June 21, 2023. The Plaintiffs-Appellants do not oppose this request.

Undersigned counsel makes this request due to significant professional obligations in other matters. Accordingly, Defendants-Appellees request a 14-day extension in which to submit their responsive brief, to and including June 21, 2023.

        Respectfully submitted,

        /s/ Samuel T. Ackerman
        Sarah W. Rice
        Assistant Attorney General
        Keith Hoffmann
        Samuel Ackerman
        Special Assistant Attorneys General
        Office of the Attorney General
        150 S. Main Street
        Providence, RI 02903
        (401) 274-4400
        khoffmann@riag.ri.gov
        srice@riag.ri.gov
        sackerman@riag.ri.gov

        *Counsel for Defendants-Appellees*

May 24, 2023

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with the Plaintiffs-Appellants regarding this motion. The Plaintiffs-Appellants do not oppose this motion.

/s/ Samuel T. Ackerman

Samuel T. Ackerman

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Samuel T. Ackerman

## CERTIFICATE OF COMPLIANCE

I certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 153 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

May 24, 2023

/s/ Samuel T. Ackerman
Samuel Ackerman