No. 23-1072

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

OCEAN STATE TACTICAL, LLC, et al.,

*Plaintiffs-Appellants*,

v.

STATE OF RHODE ISLAND, et al.,

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF RHODE ISLAND

**MOTION BY BRADY CENTER TO PREVENT GUN VIOLENCE,
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND
MARCH FOR OUR LIVES FOR LEAVE TO FILE *AMICI CURIAE* BRIEF
IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE**

*Of Counsel:*

Douglas N. Letter
Shira Lauren Feldman
BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street, NE Suite 400
Washington, DC 20002
(202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

Esther Sanchez-Gomez
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

Timothy C. Hester
  *Counsel of Record*
Daniel Weltz
Rachel Bercovitz
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
thester@cov.com
dweltz@cov.com
rbercovitz@cov.com

*Counsel for Amici Curiae*

268 Bush St. #555
San Francisco, CA 94104
(415) 433-2062
esanchezgomez@giffords.org

Ciara Wren Malone
MARCH FOR OUR LIVES
90 Church Street # 3417
New York, NY 10008
(913) 991-4440
ciara.malone@marchforourlives.com

1. Pursuant to Federal Rule of Appellate Procedure 29, Brady Center to Prevent Gun Violence ("Brady"), Giffords Law Center to Prevent Gun Violence ("Giffords"), and March for Our Lives ("MFOL") (collectively, the "Gun Violence Prevention Groups") respectfully move, through undersigned counsel, for leave to file the attached brief, as *amici curiae,* in support of Defendants-Appellees and affirmance. The proposed brief accompanies this motion.

2. Defendants-Appellees and Plaintiffs-Appellants consent to the filing of the attached *amicus* brief.

3. *Amicus curiae* Brady is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy and political action. Brady has filed numerous *amicus* briefs in cases involving the constitutionality of firearms regulations, and multiple decisions have cited Brady's research and expertise on these issues.

4. *Amicus curiae* Giffords is a survivor-led non-profit policy organization that researches, drafts and defends the laws, policies and programs proven to effectively reduce gun violence. Giffords has filed numerous *amicus* briefs involving firearms regulations and constitutional principles affecting gun policy.

1

5. *Amicus curiae* MFOL is a youth-led non-profit organization dedicated to promoting civic engagement, education and direct action by youth to achieve sensible gun violence prevention policies that will save lives. MFOL has filed numerous *amicus* briefs in cases involving firearms regulations.

6. Courts have recognized the utility of *amicus* briefs to "assis[t] the court in cases of general public interest . . . so that the court may reach a proper decision." *Newark Branch, N.A.A.C.P. v. Town of Harrison, N.J.*, 940 F.2d 792, 808 (3d Cir. 1991) (quotation marks and citation omitted). "Even when a party is very well represented, an amicus may provide important assistance to the court," *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 132 (3d Cir. 2002), by "[o]ffering a different analytical approach to the legal issues before the court," by "[h]ighlighting factual, historical, or legal nuance," or by "[s]upplying empirical data informing one or another question implicated by an appeal," *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020); *see also Washington All. of Tech. Workers v. United States Dep't of Homeland Sec.*, 50 F.4th 164, 193 (D.C. Cir. 2022) (*amicus* brief can provide "unique information or perspective that can help the [c]ourt beyond the help that the lawyers for the parties are able to provide" (quotation marks and citation omitted)).

7. Under Federal Rule of Appellate Procedure 29(a)(3)(B), this proposed brief by the Gun Violence Prevention Groups is "desirable" and "relevant to the disposition of the case" because it does not duplicate the parties' arguments and provides the Court with additional reasons why the judgment of the district court should be affirmed.

8. Under Rule 29(a)(3)(A), the Gun Violence Prevention Groups have a significant interest in the issues involved in this matter. As national gun violence prevention organizations, they have an acute interest in ensuring that firearms are regulated in ways that will reduce the staggering incidence of gun violence in this country. And they have a particular interest in ensuring that litigation related to the constitutionality of firearms regulations is fully informed by empirical research and factual information of the sort addressed in the proposed *amicus* brief.

9. In particular, the Gun Violence Prevention Groups have extensive experience in research, programs, legislative advocacy and litigation concerning gun control policies. They also provide unique perspectives based on the experiences of those whose lives have been altered by the epidemic of gun violence.

10. In the attached *amicus* brief, the Gun Violence Prevention Groups undertake to provide supplemental authority and argument beyond those

advanced by the parties. This is intended to "assis[t] the court" in this case of "general public interest," *Newark Branch, N.A.A.C.P.*, 940 F.2d at 808 (citation omitted), by providing unique "information," *New England Patriots Football Club, Inc. v. Univ. of Colorado*, 592 F.2d 1196, 1198 n.3 (1st Cir. 1979), or "perspective" that "can help the [c]ourt beyond the help that the lawyers for the parties are able to provide," *Washington All. of Tech. Workers*, 50 F.4th at 193 (quotation marks and citation omitted). Further, it is particularly appropriate to permit the filing of this *amicus* brief given *amici*'s "interest in the case," *Neonatology Assocs., P.A.*, 293 F.3d at 133 (citing Fed. R. App. P. 29), and the prospect that *amici* may "assis[t] the court . . . [in] "reach[ing] a proper decision," *Newark Branch, N.A.A.C.P.*, 940 F.2d at 808 (quotation marks and citation omitted).

WHEREFORE, Brady, Giffords and MFOL respectfully request leave of the Court to file the attached brief as *amici curiae*.

Dated: June 28, 2023                                    Respectfully submitted,

*Of Counsel:*                                           /s/ Timothy C. Hester

Douglas N. Letter                                       Timothy C. Hester
Shira Lauren Feldman                                        *Counsel of Record*
BRADY CENTER TO PREVENT GUN VIOLENCE                    Daniel Weltz
840 First Street, NE Suite 400                          Rachel Bercovitz
Washington, DC 20002                                    COVINGTON & BURLING LLP
(202) 370-8100                                          One CityCenter

dletter@bradyunited.org
sfeldman@bradyunited.org

Esther Sanchez-Gomez
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
268 Bush St. #555
San Francisco, CA 94104
(415) 433-2062
esanchezgomez@giffords.org

Ciara Wren Malone
MARCH FOR OUR LIVES
90 Church Street # 3417
New York, NY 10008
(913) 991-4440
ciara.malone@marchforourlives.com

850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
thester@cov.com
dweltz@cov.com
rbercovitz@cov.com

*Counsel for Amici Curiae*

5

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 756 words, excluding the parts of the brief exempted by Rule 32(f). This document complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word 2016 in Times New Roman and 14-point font.

Dated: June 28, 2023                                  Respectfully submitted,

 /s/ Timothy C. Hester
Timothy C. Hester
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
thester@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the First Circuit using the Court's *CM-ECF* system and was served electronically by the Notice of Docket Activity upon registered *CM-ECF* participants.

Dated: June 28, 2023                              Respectfully submitted,

                                                  /s/ Timothy C. Hester
                                                  Timothy C. Hester
                                                  COVINGTON & BURLING LLP
                                                  One CityCenter
                                                  850 Tenth Street, NW
                                                  Washington, DC 20001
                                                  (202) 662-6000
                                                  thester@cov.com