# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1072        **Short Title:** Ocean State Tactical v. RI

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Amici States, Commonwealth of Massachusetts et al. (see attached)        as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

*Signature*

7/1/23
*Date*

Grace Gohlke
*Name*

Attorney General's Office of Massachusetts
*Firm Name (if applicable)*

617-963-2527
*Telephone Number*

One Ashburton Pl.
*Address*

*Fax Number*

Boston, MA, 02108
*City, State, Zip Code*

grace.gohlke@mass.gov
*Email (required)*

Court of Appeals Bar Number: 1204282

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals
## For the First Circuit

**NOTICE OF APPEARANCE**

NO. 23-1072
Ocean State Tactical, LLC et al. v. State of Rhode Island et al.

The Clerk will enter my appearance as counsel on behalf of:

Massachusetts, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaiʻi, Illinois, Maryland, Michigan, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Vermont, Washington, and Wisconsin

*/s/ Grace Gohlke*
Grace Gohlke, 1st Cir. No. 1204282
Assistant Attorney General
Office of the Attorney General of Massachusetts

## CERTIFICATE OF SERVICE

I, Grace Gohlke, Assistant Attorney General, certify that this Notice of Appearance, filed through the Court's ECF system on July 1, 2023, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Grace Gohlke*
Grace Gohlke, Bar No. 1204282
Assistant Attorney General