## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, none of the *amici curiae* has a parent corporation and no publicly held corporation holds 10% or more of the membership or ownership interests of any *amici*.

## CERTIFICATION PURSUANT TO RULE 29(a)(4)(E)

Pursuant to Fed. R. App. P. 29(a)(4)(E), *amici curiae* certify (a) that no party's counsel authored this brief in whole or in part, (b) that no party or party's counsel contributed money that was intended to fund preparing or submitting the brief, and (c) that no person other than *amici*, its members, and its counsel contributed money that was intended to fund preparing or submitting the brief.

## IDENTITY AND INTEREST OF *AMICI CURIAE*

*Amici curiae* are national gun violence prevention organizations that have filed numerous amicus briefs involving firearms regulations and constitutional principles affecting gun policy. Brady Center to Prevent Gun Violence is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy and political action. Giffords Law Center to Prevent Gun Violence is a survivor-led non-profit policy organization that researches, drafts and defends the laws, policies and programs proven to effectively reduce gun violence. March for Our Lives is a youth-

1